IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 18-cr-30071 |
| ) | |
| TIMOTHY R. HANNAH, ) | |
| ) | |
| Defendant. ) | |

## OPINION

TOM SCHANZLE-HASKINS, U.S. MAGISTRATE JUDGE:

This matter is set for an evidentiary hearing on July 22, 2020 on Defendant's Amended Motion to Suppress [25] (Motion). On June 30, 2020, Chief U.S. District Judge Sara Darrow entered Amended General Order 20-03. The Amended General Order 20-03 states that due to the COVID-19 pandemic, the Courts of this District cannot safely hold in-person hearings:

> [T]he Court continues to find that it cannot return to usual court operations without endangering the health of defendants, counsel, the public, and court personnel, thereby continuing to necessitate the use of video conferencing, or telephone conferencing if video conferencing is not reasonably available. As of the date of this Order, video conferencing is fully operational in all four divisional offices and continues to be utilized daily.

Amended General Order 20-03, at 3.  Judge Darrow also states that she would review her findings no later than 90 days after entry of the Amended General Order 20-03.  Id., at 6.

Defendant Hannah has stated to the Court that he wants an in-person hearing on the Motion and will not agree to a hearing by videoconference or telephone conference.  See Minute Entry entered May 6, 2020.  Pursuant to the finding in Amended General Order 20-03 and the ongoing COVID-19 pandemic, this Court must continue the hearing on the Motion because it cannot safely hold an in-person hearing on the Motion for the next 90 days, until after September 30, 2020.  The Court continues the hearing on the Motion until Tuesday, October 13, 2020, at 9:00 a.m.  The continuation of the hearing on the Motion will require continuing the initial pretrial conference currently set for July 17, 2020, and the trial set for August 4, 2020.

THEREFORE, IT IS ORDERED: This Court on its own motion hereby orders that the hearing on the Motion set for July 22, 2020 is CANCELLED and reset for Tuesday, October 13, 2020, at 9:00 a.m., before this Court in Courtroom III at U.S. District Courthouse in Springfield, Illinois; the initial pretrial conference set July 17, 2020 is CANCELLED and reset October 16, 2020, at 10:00 a.m. before this Court; and the jury trial set August 4, 2020

is CANCELLED and reset November 3, 2020 at 9:00 a.m. in Courtroom I in Springfield before U.S. District Judge Sue Myerscough.  The Court finds that the ends of justice served by continuing the jury trial on its own motion outweighs the Defendant's and the public's interest in a speedy trial. 18 U.S.C. 3161(h)(7)(A).

ENTER:   July 9, 2020

*s/ Tom Schanzle-Haskins*
TOM SCHANZLE-HASKINS
UNITED STATES MAGISTRATE JUDGE